■ The People of the State of New York, Respondent, v Daniel M. Frick, Appellant.—Judgment unanimously modified on the law by reducing the conviction of grand larceny in the third degree to grand larceny in the fourth degree (see, People v McIntosh, 152 AD2d 909), and as modified affirmed. (Appeal from judgment of Supreme Court, Onondaga County, Gorman, J.—robbery, second degree, and other charges.) Present—Dillon, P. J., Doerr, Boomer, Balio and Davis, JJ.